**WASHINGTON PETROLEUM PRODUCTS, Inc., Petitioner, v. DISTRICT OF COLUMBIA, Respondent.**

No. 7300.

United States Court of Appeals for the District of Columbia.

Decided April 22, 1940.

Louis A. Spiess, of Washington, D. C., for petitioner.

Elwood H. Seal, Corporation Counsel, D. C., and Vernon E. West and Glenn Simmon, Asst. Corporation Counsel, D. C., all of Washington, D. C., for respondent.

Before GRONER, Chief Justice, and EDGERTON and RUTLEDGE, Associate Justices.

PER CURIAM.

The decision of the Board of Tax Appeals of the District of Columbia is reversed on the authority of Panitz v. District of Columbia, —— App.D.C. ——, 112 F.2d 39, decided this day.